**Order entered October 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00932-CV

### IN RE JIMMY HENSLEY, JR. AND DEE BROWN, INC., Relators

**Original Proceeding from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-02065**

## ORDER
Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **GRANT** relators' motion to dismiss petition for writ of mandamus and **DISMISS** this original proceeding.


/s/    ADA BROWN
       JUSTICE